sion, Fourth Department. March 7, 1906.) Action by Fred Myers against the town of Gates. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, for the reason that the appeal presents unusual and novel questions as to the duty of the highway commissioner in the peculiar circumstances of this case.

---

In re NESBITT et al. (Supreme Court, Appellate Division, First Department. March 9, 1906.) In the Matter of Frances S. A. Nesbitt and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re NIAGARA, L. & O. POWER CO. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) In the matter of the application of the Niagara, Lockport & Ontario Power Company to acquire real estate property of Ella J. Weaver. No opinion. Judgment and orders affirmed, with costs.

---

O'CONNELL, Respondent, v. UTICA & M. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by Mary O'Connell against the Utica & Mohawk Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., vote for reduction of the verdict.

---

OHLAU, Appellant, v. LEMCKE, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Charles H. Ohlau against Bertha Lemcke. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

OLCOTT et al. v. BALDWIN et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by J. Van Vechten Olcott and James W. B. Rockwell, as executors, etc., against William D. Baldwin, individually and as surviving executor, etc., and others. No opinion. Judgment modified, by reducing the sum allowed the plaintiffs and the defendant William D. Baldwin, for commissions as executors, from the sum of $2,151.32, to the sum of $2,029.96, and, as modified, affirmed, with costs to all parties payable out of the estate.

---

OLSEN, Appellant, v. HENDERSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Andrew Olsen against Mary Dawson Henderson. No opinion. Motion for reargument granted, and case set down for Monday, May 7, 1906.

---

OSBORN, Appellant, v. CARDEZA et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Judgment affirmed, with costs.

---

O'SHAUGHNESSY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by James O'Shaughnessy against the city of New York. B. H. Ames, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

OSMULSKI, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by John Osmulski against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

OWEN, Appellant, v. WHITEHOUSE, Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Percy Owen against James Whitehouse.

PER CURIAM. We think the defect complained of was an irregularity merely, amendable under section 721 et seq. of the Code of Civil Procedure; and, as it clearly appears that the defendant was not misled, the motion to vacate the attachment should have been denied. The order appealed from is reversed, with $10 costs and disbursements, and the motion denied, with costs.

JENKS, J., dissents.

---

In re PACE. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of Charles A. S. Pace for admission to the bar. No opinion. Application granted and order signed.

---

PARISH, Appellant, v. ULSTER & D. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Harriet M. Parish against the Ulster & Delaware Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

---

PEACOCK, Respondent, v. BAILEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Samuel J. Peacock against Thomas Bailey. No opinion. Judgment and order affirmed, with costs.

---

PEOPLE, Respondent, v. COUCHOIS, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York against Garrett J. Couchois. W. W. Cantrell, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE v. DOLAN. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York against James F. Dolan. No opinion. Motion granted. Order filed.

---

PEOPLE, Respondent, v. ECKERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Proceed-

ing by the people of the state of New York against Alison G. Eckert.

PER CURIAM. Judgment affirmed.

McLENNAN, P. J., not voting.

PEOPLE, Respondent, v. GIANVECCHIO, Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Proceeding by the people of the state of New York against Gaetano Gianvecchio. R. Maggio, for appellant. A. A. Mayper, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. KOPP. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York against George Kopp. No opinion. Motion granted. Order filed.

PEOPLE v. MERCHANTS' TRUST CO. (PATTERSON, Intervener). (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York against the Merchants' Trust Company; Charles E. Patterson, intervener. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. REPUBLIC SAVINGS & LOAN ASS'N. In re KILGEN. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Proceeding by the people of the state of New York against the Republic Savings & Loan Association. In the matter of the claim of George J. Kilgen. No opinion. Judgment and order affirmed, with costs to the respondents, receivers of the Republic Savings & Loan Association.

PEOPLE, Respondent, v. ROGERS, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Proceeding by the people of the state of New York against John Rogers. No opinion. Judgment of conviction, and order denying motion for a new trial, affirmed.

PEOPLE, Respondent, v. SCHNEIDER, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Proceeding by the people of the state of New York against John Schneider. No opinion. Judgment of conviction affirmed.

PRICE, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Benjamin Price against the Interurban Street Railway Company. B. H. Ames, for appellant. P. Ingraham, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $4,185.98, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

PRUYN, Respondent, v. GUAYQUIL & Q. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Robert C. Pruyn, as a stockholder of the Guayquil & Quito Railway Company, against the Guayquil & Quito Railway Company and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal.

KELLOGG, J., dissents. PARKER, P. J., not voting.

RAISLER HEATING CO., Appellant, v. VERSCHLEISER, Respondent. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by the Raisler Heating Company against Max Verschleiser. From a judgment for defendant, plaintiff appeals. Reversed and remanded. W. E. Benjamin, for appellant. Goldfogle, Cohn & Lind, for respondent.

TRUAX, J. On the 1st day of December, 1903, the plaintiff wrote to the defendant: "We understand that you require a new set of grate bars, and, if you desire us to supply same, kindly send us an order by return mail, and we will have them come forward. It would be advisable for you to have a set of these bars on hand at all times. Do you want us to put the rear section in your boiler? If so, kindly send us order, and we will give same prompt attention." On the 5th day of December, 1903, the defendant wrote as follows to the plaintiff: "Install in the boiler at 66 & 68 East Fourth street four new grate bars and also put in rear section. Do this at once and charge the same to my account." It is contended by the defendant that the words, "Do this at once and charge the same to my account," were written after he had signed the order, and that they were not in the original order. An inspection of the paper shows that they were written before the defendant signed the paper and that they were not a forgery, as claimed by the defendant. The claim on the trial was that the plaintiff was to do the work at its own expense. This claim is disproved by the fact that the defendant in writing promised to pay for the work. The judgment appealed from is reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

RAND, Respondent, v. SAGE, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ezekiel C. M. Rand against Russell Sage. No opinion. Judgment and order unanimously affirmed, with costs.

RAYMOND v. SECURITY TRUST, ETC., CO. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Ralph Raymond against the Security Trust, etc., Company. No opinion. Motion denied, without costs. Order filed.

RAWITZER et al., Respondents, v. BECKMAN CO., Appellant. (Supreme Court, Appel-